## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| THOMAS J. TEMPLETON,<br>    Plaintiff, | Case No. 1:20-cv-34<br>Litkovitz, M.J. |
| v. | |
| TIM BRANDT, et al.,<br>    Defendants. | **ORDER** |

This matter came before the Court upon the oral motion by the parties to stay the Calendar Order pending the parties' mediation efforts. By agreement of the parties, and with the consent of the Court, the Calendar Order is hereby **STAYED**. This matter is set for a follow-up telephone status conference on **Monday, January 31, 2022 at 3:00 p.m.**

**IT IS SO ORDERED.**

Date: 11/15/2021

Karen L. Litkovitz
Chief United States Magistrate Judge