# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Thomas J. Templeton,
    Plaintiff(s),

v.                                                      Case No. 1:20-cv-34
                                                      (Consent Case ; Litkovitz, M.J.)

Tim Brandt, et al.,
    Defendant(s).

## ORDER

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date __2/15/2022__                                                  /s/ Karen L. Litkovitz
awh      February 15, 2022                          KAREN L. LITKOVITZ
                                                        United States Magistrate Judge